# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **BETA TELE-PAGE INC.,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 6:21-cv-00127** |
| § | |
| **STATE AUTOMOBILE MUTUAL** § | |
| **INSURANCE COMPANY,** § | |
| *Defendant.* § | |

## JOINT NOTICE OF SETTLEMENT

Beta Tele-Page, Inc. ("Plaintiff") and State Automobile Mutual Insurance Company ("Defendant") have reached a settlement in principle for this matter.

Plaintiff and Defendant need time to finalize the settlement documents and will submit a Joint Motion to Dismiss with Prejudice as to all parties, all claims, all causes of action and the entire case within thirty (30) days, contingent on completion of the settlement.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
**DUGAS, CHEEK & CIRCELLI, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone:   (817) 945-3061
Facsimile:   (682) 219-0761

**ATTORNEYS FOR PLAINTIFF**

        */s/ Clinton J. Wolbert (with permission)*
        Clinton J. Wolbert
        State Bar No. 24103020
        clinton.wolbert@phelps.com
        Theodore G. Carrum
        State Bar No. 24116173
        theodore.carrum@phelps.com
        **PHELPS DUNBAR LLP**
        910 Louisiana Street, Suite 4300
        Houston, Texas 77002
        Telephone:   (713) 626-1386
        Facsimile:    (713) 626-1388

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on August 29, 2022, in accordance in the manners described below:

*via electronic filing system*
Clinton J. Wolbert
Michael W. McCoy
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis, Suite 1100
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT**

        */s/ Vincent P. Circelli*
        Vincent P. Circelli